1
2
3
4
5
6                   **UNITED STATES DISTRICT COURT**
7                   **EASTERN DISTRICT OF CALIFORNIA**
8
9
10  **ZAIMING LIN,**                    )        **CIV-F-07-0239 AWI SMS**
                                         )
11              **Plaintiff**,           )
                                         )        **ORDER VACATING HEARING**
12      **v.**                           )        **DATE OF SEPTEMBER 24, 2007**
                                         )        **AND TAKING MATTER UNDER**
13  **ALBERTO GONZALEZ, et al.,**        )        **SUBMISSION**
                                         )
14              **Defendants**.          )
    ─────────────────────────────       )
15
16
17          The Government Defendants have made motion a to dismiss the case as moot. Doc. 20.

18  Plaintiff has filed no opposition.  As there has been no timely response, Plaintiff is not entitled to

19  be heard at oral argument in opposition to the motion. See Local Rule 78-230(c).  The court has

20  reviewed the papers filed and has determined that the motion is suitable for decision without oral

21  argument. See Local Rule 78-230(h).

22          Therefore, IT IS HEREBY ORDERED that the previously set hearing date of September

23  24, 2007, is VACATED, and no party shall appear at that time.  As of that date, the court will

24  take the matter under submission and will thereafter issue its decision.

25
26  IT IS SO ORDERED.

27  **Dated:    September 19, 2007**          _____/s/ Anthony W. Ishii_____
                                              UNITED STATES DISTRICT JUDGE
28

                                    **1**