UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAIMING LIN,<br><br>              Plaintiff,<br><br>   v.<br><br>ALBERTO GONZALEZ, et al.,<br><br>              Defendants. | CIV-F-07-0239 AWI SMS<br><br>ORDER RE: MOTION TO DISMISS CASE AS MOOT |

     Plaintiff Zaiming Lin, proceeding pro se, sued a number of federal officials over a delay in receiving permanent U.S. residence, a green card. She filed suit on February 14, 2007, stating: "I would like to file this lawsuit to solve this problem, so that I can get my green card as soon as possible. I am filing this lawsuit based on two different laws: the first is 'Writ of Mandamus'; and second one is 'Petition for a Hearing on Naturalization and Immigration application pursuant to 1447(b) and 1421(c). I would like to have clear answer that I have not been discriminated and have my green card approved within 60 days from the submission of my lawsuit case/complaint." Doc. 1, Complaint, at 2-3. Title 8 U.S.C. §1447(b) provides that "If there is a failure to make a determination under section 335 [8 U.S.C. §1446] before the end of the 120-day period after the date on which the examination is conducted under such section, the applicant may apply to the United States district court for the district in which the applicant resides for a hearing on the matter." Title 8 U.S.C. §1446 deals with the investigation and examinations of applicants who

seek to be naturalized as U.S. citizens.  Title 8 U.S.C. §1421(c) states "A person whose application for naturalization under this title is denied, after a hearing before an immigration officer under section 336(a) [8 U.S.C. §1447(a)], may seek review of such denial before the United States district court or the district in which such person resides."  Notwithstanding the fact that the referenced law concerns the process of naturalization rather than permanent residence, Plaintiff's complaint appears to deal only with her application for a green card.

     The Government Defendants have made a motion to dismiss the case as moot based on the fact that Plaintiff's green card application was approved on May 30, 2007. See Doc. 20, Part 2.  As far as the court can determine, receipt of a green card was the only legal relief sought in the complaint.  Her request for a clear answer from Government Defendants regarding discrimination does not appear to be relief the court can grant.  There is no request for monetary damages of any kind.  As Plaintiff has received her green card, there is no longer any controversy between the parties and the case is moot. See Peng v. Gonzales, 2007 WL 2141270, *5 (N.D. Cal. 2007).

     Defendants' motion to dismiss case as moot is GRANTED.  The clerk's office is directed to close the case file.

IT IS SO ORDERED.

**Dated:   September 24, 2007**          /s/ **Anthony W. Ishii**
                                                  UNITED STATES DISTRICT JUDGE